

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00205-CR
### NO. 02-13-00206-CR
### NO. 02-13-00207-CR

DONNA LASHEA RIDGEWAY                              APPELLANT

V.

THE STATE OF TEXAS                                      STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1251835D, 1294954D, 1294955D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Donna Lashea Ridgeway filed a pro se motion asking the court to dismiss her appeals after her appointed counsel filed an *Anders* brief and motion to withdraw as counsel in each appeal. Construing these documents together, we conclude that rule of appellate procedure 42.2(a)'s requirements

---

[1]*See* Tex. R. App. P. 47.4.

have been met, and we dismiss the appeals.  *See* Tex. R. App. P. 42.2(a), 43.2(f).  Counsel's motions to withdraw are denied as moot.  *See Garcia v. State*, No. 02-09-00224-CR, 2010 WL 1854142, at *1 (Tex. App.—Fort Worth May 6, 2010, no pet.) (mem. op., not designated for publication).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 3, 2014